UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M.,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 25-cv-04834-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING STIPULATION TO VOLUNTARILY REMAND CASE**<br><br>Re: ECF No. 11 |

The Court has reviewed Magistrate Judge Susan van Keulen's report and recommendation, ECF No. 14, to grant the stipulation to enter final judgment in favor of Plaintiff and against defendant and voluntarily the remand case, ECF No. 11.  The 14-day period for objections has elapsed, and no objections have been filed.  *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect.  The stipulation to enter judgment in favor of the Plaintiff and against the Defendant and remand the case pursuant to sentence four of 42 U.S.C. § 405(g) is granted.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 8, 2025

_____
JON S. TIGAR
United States District Judge